UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on December 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sharon Muse,

        Debtor(s).

Case No.: 16-24969

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esq._____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____500.00_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____886.00_____ per month for _____20_____ months to allow for payment of the above fee.

*rev.8/1/15*