| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Andrew T. Archer, Esquire<br>175 Richey Avenue<br>Collingswood, NJ 08107<br>(856) 963-5000<br>Attorney for Debtor(s) | |

Order Filed on October 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Sharon Muse | Case No: | 16-24969 ABA |
|---|---|---|
| | Chapter: | 13 |
| | Hearing Date: | October 19, 2012 |
| | Judge: | ABA |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 19, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 229 Woodlawn Terrace, Collingswood, NJ 08108

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Secretary of Housing and Urban Development
    b. Current Assignee: US Department of HUD
    c. Current Servicer: Novad Management Consulting
    d. Date of Mortgage/Lien: September 4, 2015
    e. Date of Recordation: October 23, 2015
    f. Place of Recordation: Camden County
       i. Mortgage Book: 10284
       ii. Page: 291
    g. Original Principal Balance of Mortgage/Lien: $ 22,446.13

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*