**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sharon Muse<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8203<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–24969–ABA | |

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Sharon Muse
> aka Sharon Marie Godlewski

12/16/21                                                                **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 16-24969-ABA
Sharon Muse                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4
Date Rcvd: Dec 16, 2021    Form ID: 3180W    Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++ Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Muse, 229 Woodlawn Terrace, Collingswood, NJ 08108-1542 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516333062 | +++ | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516323259 | + | Davis Muse, 229 Woodlawn Terrace, Collingswood, NJ 08108-1542 |
| 518376722 | + | Ditech Financial LLC, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516526401 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516323261 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 516323264 | | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 516323271 | ++ | MORRISTOWN PATHOLOGY ASSOCIATES PA, PO BOX 500, HACKETTSTOWN NJ 07840-0500 address filed with court:, Morristown Pathology Assoc, PA, 65 Madison Ave, Ste 220, Morristown, NJ 07960 |
| 516323266 | + | Michael Harrison, Esquire, 3155 State Route 10, Ste 214, Denville, NJ 07834-3430 |
| 516323267 | | Morris Imaging Associates PA, PO Box 6750, Dover, NH 03820 |
| 516323268 | + | Morristown EMA, PO Box 417442, Boston, MA 02241-7442 |
| 516323270 | + | Morristown Medical Center, PO Box 35610, Newark, NJ 07193-5610 |
| 518782360 | | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518782361 | | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516323273 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road Ste 100, Mount Laurel, NJ 08054-3437 |
| 516323279 | + | The Law Offices of Richard W. Krieg, LLC, 17 Prospect St, Morristown, NJ 07960-6862 |
| 516381205 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 516323280 | + | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516323249 | + | Email/Text: mreed@affcollections.com | Dec 16 2021 20:31:32 | Accurate Collection Services, 17 Prospect St, Morristown, NJ 07960-6862 |
| 516323250 | + | EDI: BANKAMER.COM | Dec 17 2021 01:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516323251 | + | EDI: CAPITALONE.COM | Dec 17 2021 01:23:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516323253 | + | EDI: CAPONEAUTO.COM | Dec 17 2021 01:23:00 | Capital One Auto Finance, 7933 Preston Rd, |

Case 16-24969-ABA   Doc 58   Filed 12/18/21   Entered 12/19/21 00:14:24   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 16, 2021 | Form ID: 3180W | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | | Plano, TX 75024-2302 |
| 516410626 | EDI: CAPITALONE.COM | Dec 17 2021 01:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516323255 | + EDI: CITICORP.COM | Dec 17 2021 01:23:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516323256 | + EDI: COMCASTCBLCENT | Dec 17 2021 01:23:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 516323257 | + EDI: WFNNB.COM | Dec 17 2021 01:23:00 | Comenity Bank/OneStopPlus.com, Po Box 182125, Columbus, OH 43218-2125 |
| 516323258 | + EDI: CCS.COM | Dec 17 2021 01:23:00 | Credit Collection Services, Two Wells Ave, Newton Center, MA 02459-3225 |
| 516323262 | + Email/Text: bknotice@ercbpo.com | Dec 16 2021 20:31:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 516323254 | EDI: JPMORGANCHASE | Dec 17 2021 01:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516432113 | + EDI: MID8.COM | Dec 17 2021 01:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516323272 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 16 2021 20:31:00 | NJ EZ-Pass, P.O. Box 4972, Trenton, NJ 08650 |
| 516522906 | EDI: PRA.COM | Dec 17 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 516514751 | + EDI: JEFFERSONCAP.COM | Dec 17 2021 01:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516344135 | EDI: Q3G.COM | Dec 17 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516323274 | + EDI: RMCB.COM | Dec 17 2021 01:23:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 516513543 | + EDI: RMSC.COM | Dec 17 2021 01:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516323275 | + EDI: RMSC.COM | Dec 17 2021 01:23:00 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 516323276 | + EDI: RMSC.COM | Dec 17 2021 01:23:00 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 516323278 | EDI: TDBANKNORTH.COM | Dec 17 2021 01:23:00 | Td Banknorth, Po Box 1190, Lewiston, ME 04243 |
| 516521404 | + Email/Text: bncmail@w-legal.com | Dec 16 2021 20:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516323277 | + EDI: WTRRNBANK.COM | Dec 17 2021 01:23:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 516323283 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 16 2021 20:32:27 | US Dept of Housing and Urban Development, 1085 Raymond Boulevard, 13th fl, Newark, NJ 07102 |
| 516323285 | + EDI: CITICORP.COM | Dec 17 2021 01:23:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 517374147 | EDI: ECAST.COM | Dec 17 2021 01:23:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517374148 | EDI: ECAST.COM | Dec 17 2021 01:23:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Dec 16, 2021 | Form ID: 3180W | Total Noticed: 48 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516323252 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516323260 | *+ | Davis Muse, 229 Woodlawn Terrace, Collingswood, NJ 08108-1542 |
| 516323265 | * | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 516323269 | *+ | Morristown EMA, PO Box 417442, Boston, MA 02241-7442 |
| 516323284 | *P++ | US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II, OFFICE OF GENERAL COUNSEL, 26 FEDERAL PLAZA ROOM 3500, NEW YORK NY 10278-0068, address filed with court:, US Dept of Housing and Urban Development, 1085 Raymond Boulevard, 13th fl, Newark, NJ 07102 |
| 516323281 | *+ | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |
| 516323282 | *+ | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |
| 516323263 | ##+ | Faster Urgent Care, PO Box 16182, Loves Park, IL 61132-6182 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Sharon Muse aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Brad J. Spiller | on behalf of Debtor Sharon Muse bankruptcy@brennerlawoffice.com aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Melissa N. Licker | on behalf of Creditor Ditech Financial LLC mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |

District/off: 0312-1      User: admin      Page 4 of 4

Date Rcvd: Dec 16, 2021      Form ID: 3180W      Total Noticed: 48

TOTAL: 9